IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00370-MSK-CBS

MARY KUENZLER,
    Plaintiff,
v.

CONTINENTAL CONCESSION SUPPLIES, INC., and
JOSEPH SHEFFIELD,
    Defendants.
_____

ORDER REGARDING MOTIONS TO SEAL
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) "Defendant Continental Supplies, Inc.'s Motion for Leave to File Exhibit A to Motion to Enforce Settlement Agreement Under Seal . . ." (filed June 14, 2006) (doc. # 9); and (2) "Plaintiff's Motion to Seal Plaintiff's Response and Objection to Defendant Continental Concession Supplies, Inc.'s Motion to Enforce Settlement Agreement . . ." (filed July 5, 2006) (doc. # 17). Pursuant to the Order of Reference dated March 17, 2006 (doc. # 3) and the memoranda dated June 15, 2006 (doc. # 12) and July 5, 2006 (doc. # 20), these matters were referred to the Magistrate Judge. The court having reviewed the motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    In accordance with D.C. COLO. LCivR 7.2, the motion was posted to the public to allow for any objections to sealing. There being no timely objections and

1

compelling reasons having been shown, "Defendant Continental Supplies, Inc.'s Motion for Leave to File Exhibit A to Motion to Enforce Settlement Agreement Under Seal . . ." (filed June 14, 2006) (doc. # 9) is GRANTED and Exhibit A to "Defendant Continental Supplies, Inc.'s Motion to Enforce Settlement Agreement Under Seal . . ." (doc. # 9) is SEALED.

2. "Plaintiff's Motion to Seal Plaintiff's Response and Objection to Defendant Continental Concession Supplies, Inc.'s Motion to Enforce Settlement Agreement . . ." (filed July 5, 2006) (doc. # 17) is held in abeyance pending the passage of the required time period for objections pursuant to D.C. COLO. LCivR 7.2. As Plaintiff's counsel failed to file the Response and Objection (doc. # 17) under seal in accordance with D.C. COLO. LCivR 7.3, "Plaintiff's Response and Objection to Defendant Continental Concession Supplies, Inc.'s Motion to Enforce Settlement Agreement . . ." (doc. # 18 and attachments) is hereby SEALED pending the court's ruling on Plaintiff's Motion to Seal (doc. # 17).

DATED at Denver, Colorado, this   6th   day of July, 2006.

BY THE COURT:

  /s/   Craig B.  Shaffer  

United States Magistrate Judge