IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00370-MSK-CBS

MARY KUENZLER

       Plaintiff,

v.

CONTINENTAL CONCESSION SUPPLIES, INC., a foreign corporation, and
JOSEPH SHEFFIELD,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' Stipulation of Dismissal with Prejudice **(#28),**

**IT IS ORDERED** that this case is hereby **DISMISSED** with prejudice, each party to pay his, her, or its own costs and attorney fees.

**IT IS FURTHER ORDERED** that pursuant to the stipulation of the parties, the Court retains jurisdiction to enforce the Settlement Agreement and Release between Kuenzler and Continental Concession Supplies, Inc., which Settlement Agreement is incorporated herein by reference and made an order of this Court, and, upon the filing of a Notice of Default, the Court will enforce said Settlement Agreement.

Dated this 17th day of July, 2006.

       **BY THE COURT:**

*Marcia S. Krieger*
_____

       Marcia S. Krieger
       United States District Judge